### ROGERS v. EXECUTORS OF JAMES ROGERS, DECEASED.

Appeal from a judgment of the Court of Probate to the next Superior Court good. No duty is required upon an appeal from probate.

APPEAL from the judgment of the Court of Probate given on the 10th day of July, A. D. 179 ; for allowing in the executor's account a charge for a note, which was given by James Rogers, the son to said deceased, for £163 18s. 3d.; and which for reasons, the executors had delivered up to said James, and charged it in account against the estate.

Plea in abatement — That said judgment was rendered on the 10th of July, and all parties were present, and no appeal was taken until the 10th of September next after. 2d. That no duty had been paid on said appeal.

Judgment — Plea in abatement insufficient. Appeals from the Court of Probate are to be taken to the next Superior Court, where the parties are of age, and were or might have been present at said Court of Probate. On which appeals no duty is required by law to be paid.